IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAQUITA SHANTE CATHEY,
    PLAINTIFF

VS.                                                  CIVIL ACTION NO :3:14-CV-016-JMV

COMMISSIONER OF SOCIAL SECURITY,
    DEFENDANT

## ORDER DISMISSING CASE

Before the court is Plaintiff's unopposed Motion To Dismiss Appeal [14]. In support of the motion, Plaintiff states, *inter alia,* that "there are no issues for which the Plaintiff could prevail before this Court."

Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the Plaintiff's request only by court order, on terms that the court considers proper." Therefore, it is

**ORDERED** that the instant motion is granted, and this case is **DISMISSED** with prejudice.

This the 22nd day of April, 2014.

                                                                       /s/ Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE